UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORIE WOIDA, CAROLYN VIERA,
and CARL BEKOFSKE, Chapter 13
Bankruptcy Trustee for Carolyn
Viera,
                Plaintiffs,                    No. 12-12978

vs.                                            Hon. Gerald E. Rosen

GENESYS REGIONAL MEDICAL
CENTER and JENNIFER ROTH,

                Defendants.
_____/

ORDER GRANTING DEFENDANTS' MOTION TO
COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES
AND REQUESTS FOR PRODUCTION OF DOCUMENTS

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on May 31, 2013

PRESENT: Honorable Gerald E. Rosen
United States District Chief Judge

The Court having reviewed and considered Defendants' May 29, 2013 Motion to Compel Answers to Interrogatories and Requests for Production of Documents in which Defendants seek an Order compelling Plaintiffs to respond to Defendant Jennifer Roth's First Interrogatories and Second Requests for Production of Documents, which were served upon Plaintiffs on April 15, 2013, and due on or before May 15, 2013, and the Court being fully advised in the premises,

1

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendants' Motion to Compel **[Dkt. # 66]** be, and hereby is, GRANTED.  Accordingly,

IT IS FURTHER ORDERED that, within 14 days of the date of this Order, Plaintiffs shall provide Defendants with their answers to Defendant Roth's First Interrogatories and Second Requests for Production of Documents.

SO ORDERED.


S/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  May 31, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 31, 2013, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5135